[CLERK U.S. DISTRICT stamp, SEP 14 2005]

P.M. _____
TIME A.M. _____

# MEMORANDUM
## TO THE HONORABLE DORA L. IRIZARRY
## U.S. DISTRICT JUDGE

**RE:** DECHIRAJU, Malathi
**DOCKET NO.:** 05 CR 256
**Request for the Release of Passport**

Reference is herein made to the above-captioned offender who was originally sentenced before Your Honor on July 27, 2005, to a two (2) year term of probation. As special conditions of probation, the offender was ordered to pay a $100.00 special assessment fee, not to re-enter the United States illegally, to continue mental health treatment and to provide the U.S. Probation Department with a current list of doctors that she is seeing and medications that she is taking. This sentence followed the offender's conviction, upon a plea of guilty, to Conspiracy to Make False U.S. Immigration and Naturalization Service Form I-129 Applications in violation of 18 USC 371.

The purpose of this correspondence is to request that Your Honor order the return of the offender's passport, which is currently in the custody of the U.S. Pre-Trial Services Agency. The offender, who has no family locally, has made an application to relocate to Aurora, Colorado, where she plans to reside with her daughter. We are in the process of accommodating this request, and respectfully request that the offender's passport be returned to her so that she may travel. Also, as her passport remains the only official piece of documentation that the offender has, we are respectfully recommending that the offender be permitted to retain custody of her passport. We have no information that would indicate that the offender is currently a risk of flight.

Respectfully submitted:

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

Prepared by: _____
CRAIG SCHNEIDER
SENIOR U.S. PROBATION OFFICER

Approved by: _____
DAVID J. WASHINGTON
SUPERVISING U.S. PROBATION OFFICER

September 6, 2005
Central Islip, NY

THE COURT ORDERS: *Application Granted.*

- [x] U.S. Pre-Trial Services to return the offender's passport and she may retain custody.
- [ ] U.S. Pre-Trial Services to return the offender's passport and she is to surrender her passport to U.S. Pre-Trial Services upon completion of travel.
- [ ] Other:

_____  9/13/05
U.S. DISTRICT JUDGE      DATE